AO 442 (Rev 11/11) Arrest Warrant

9611992

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM11:5
RECEIVED OCT 11 '24

United States of America
v.
MICHAEL AUGMENT

*Defendant*

Case: 1:24-cr-00456
Assigned To : Judge Timothy J. Kelly
Assign. Date : 10/10/2024
Description: Indictment (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL AUGMENT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 10/10/2024

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 10/11/24, and the person was arrested on *(date)* 10/16/24
at *(city and state)* Fairfax, VA

Date: 10/16/24

*Arresting officer's signature*

SA Andrew Hamel
*Printed name and title*